STEFANIE T. SHARP, ESQ.
California State Bar No.: 163726
Robison, Simons, Sharp & Brust
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7169
Email:      ssharp@rbsllaw.com

*Attorneys for Allrise Financial Group, Inc., and
EVN Investments, LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In Re: | **CASE NO.:   17-52967 MEH** |
| 330 DAY, LLC, | **CHAPTER 11** |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

**TO:     THE CLERK OF THE BANKRUPTCY COURT, DEBTOR(S), ATTORNEYS OF RECORD, THE TRUSTEE AND TO ALL PARTIES OF INTEREST.**

Stefanie T. Sharp, Esq. of Robison, Simons, Sharp & Brust, attorneys for Allrise Financial Group, Inc. and EVN Investments, LLC, hereby enters an appearance on the record in the above-entitled bankruptcy proceeding pursuant to Federal Rules of Bankruptcy Procedure 2002 and 3017(a), and requests special notice of all hearings, together with copies of all notices, pleadings, motions, responses and other related materials that are issued or filed in connection with these proceedings by the Court, Debtor, Trustee or other parties in interest.  All notices and copies in response to the foregoing should be directed to:

/././

/././

/././

Robison, Simons,
Sharp & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

Stefanie T. Sharp, Esq.
Robison, Simons, Sharp & Brust
71 Washington Street
Reno, Nevada 89511
Telephone: (775) 329-3151
Facsimile:   (775) 329-7941
Emails: ssharp@rbsllaw.com

DATED this 4th day of January, 2017.

ROBISON, SIMONS, SHARP & BRUST
A Professional Corporation
71 Washington Street
Reno, Nevada  89503

By: _____

STEFANIE T. SHARP, ESQ.
*Attorneys for Allrise Financial Group, Inc.
and EVN Investments, LLC*

Robison, Simons,
Sharp & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151