STEFANIE T. SHARP, ESQ.
California State Bar No.: 163726
Robison, Simons, Sharp & Brust
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7169
Email: ssharp@rbsllaw.com

*Attorneys for Allrise Financial Group, Inc., and
EVN Investments, LLC*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>330 DAY, LLC,<br><br>      Debtor. | **CASE NO.: 17-52967 MEH**<br><br>**CHAPTER 11**<br><br>**STIPULATION FOR ORDER PROVIDING FOR TREATMENT OF CLAIM OF EVN INVESTMENTS, LLC**<br><br>**Judge M. Elaine Hammond** |

Debtor 330 Day, LLC ("Debtor"), by and through its counsel of record Charles B. Green, Esq. of CHARLES B. GREEN ATTORNEY AT LAW, and secured creditor EVN Investments, LLC ("EVN"), by and through its counsel of record Stefanie T. Sharp, Esq. of ROBISON, SIMONS, SHARP & BRUST, hereby stipulate and agree as follows with respect to the treatment of the secured claim of EVN in this proceeding. Debtor and EVN are sometimes individually referred to herein as a "Party" and collectively as the "Parties."

### BACKGROUND FACTS

1. EVN is the holder of the first priority loan (the "Loan") secured by the sole asset of the Debtor, that certain real property commonly known as 330 Day Road, Gilroy, California 95020, Santa Clara County APN: 790-06-043. The Loan is evidenced by a Secured Promissory Note in the original principal amount of $845,000, a Loan Agreement and Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing (the "Deed of Trust"), each dated December 22,

Robison, Simons,
Sharp & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

2015. The Deed of Trust was recorded on January 6, 2016, as Document No. 23189813, Official Records, Santa Clara County, California. David Tortia, the sole member and manager of the Debtor, personally guaranteed the Loan pursuant to a Payment Guaranty dated December 22, 2015 (the "Guaranty"). The documents and instruments evidencing the Loan, including without limitation the Secured Promissory Note, Loan Agreement, Deed of Trust and Guaranty are collectively referred to herein as the "Loan Documents."

2. Debtor defaulted under the Loan and EVN caused a Notice of Default and Election to Sell Under Deed of Trust to be recorded on July 6, 2017 as Document No. 23691432, Official Records, Santa Clara County California.

3. Debtor commenced this proceeding by filing its Petition on December 11, 2017 in order to prevent EVN's Trustee's Sale.

## STIPULATION

The Parties hereby stipulate and agree as follows with respect to the treatment of EVN's claim in this proceeding:

1. That the Debtor shall have until April 10, 2018 which is 120 days from the date of the filing of the Petition (the "Payment Deadline") to obtain a refinance loan sufficient to pay off the Loan in full.

2. If the Loan is not paid off in full on or before the Payment Deadline, EVN: (i) will be granted immediate relief from stay and waiver of the 14 day stay rule provided in FRBP 4001(a)(3); and (ii) shall be entitled submit a form of Order (the "Order") to this Court granting said stay relief and waiver of the 14 day stay rule provided in FRBP 4001(a)(3). Debtor hereby irrevocably consents to entry of the Order.

3. That the terms of the Loan Documents shall remain in full force and effect and shall not be modified in any plan proposed by Debtor in this proceeding.

4. The terms of this Stipulation shall be contained in any Chapter 11 Plan filed by Debtor in this proceeding.

5. If this case is dismissed or converted to any other Chapter under Title 11 of the United States Bankruptcy Code, EVN shall not be bound by the terms of this Stipulation.

Robison, Simons, Sharp & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

6. The Parties hereby request that this Court enter its Order approving this Stipulation in the form attached hereto as **Exhibit "1."**

DATED this *18* day of January, 2018.

ROBISON, SIMONS, SHARP & BRUST
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

*/s/ Stefanie T. Sharp*

By: _____
STEFANIE T. SHARP, ESQ.
*Attorneys for Allrise Financial Group, Inc.*
*and EVN Investments, LLC*

CHARLES B. GREEN ATTORNEY AT LAW
84 West Santa Clara Street, Suite 800
Santa Clara, California 95113

By: _____
CHARLES B. GREEN, ESQ.
*Attorneys for Debtor 330 Day, LLC*

obison, Simons,
harp & Brust
1 Washington St.
eno, NV 89503
'75) 329-3151

CERTIFICATE OF SERVICE

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of ROBISON, BELAUSTEGUI, SHARP & LOW, that I am over the age of 18 and not a party to the above-referenced case, and that on the date below I caused to be served a true copy of the **STIPULATION FOR ORDER PROVIDING FOR TREATMENT OF CLAIM OF EVN INVESTMENTS, LLC,** including any exhibits attached thereto, on all parties to this action by the method(s) indicated below:

  X I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which served the following parties electronically:

Charles B. Greene on behalf of Debtor 330 Day, LLC
cbgattyecf@aol.com

Lynette C. Kelly on behalf of U.S. Trustee Office of the U.S. Trustee / SJ
lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov

Office of the U.S. Trustee / SJ
USTPRegion17.SJ.ECF@usdoj.gov

Stefanie T. Sharp on behalf of Creditor EVN INVESTMENTS, LLC
ssharp@rbsllaw.com, cobrien@rssblaw.com

Stefanie T. Sharp on behalf of Interested Party ALLRISE FINANCIAL GROUP, INC.
ssharp@rbsllaw.com, cobrien@rssblaw.com

DATED: This 18th day of January, 2018.

/s/ Christine O'Brien
CHRISTINE O'BRIEN

Robison, Simons,
Sharp & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

Case: 17-52967 Doc# 22 Filed: 01/18/18 Entered: 01/18/18 15:49:34 Page 4 of 6

# EXHIBIT "1"

# EXHIBIT "1"

Case: 17-52967   Doc# 22   Filed: 01/18/18   Entered: 01/18/18 15:49:34   Page 5 of 6

STEFANIE T. SHARP, ESQ.
California State Bar No.: 163726
Robison, Simons, Sharp & Brust
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7169
Email: ssharp@rbsllaw.com

*Attorneys for Allrise Financial Group, Inc., and*
*EVN Investments, LLC*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>330 DAY, LLC,<br><br><br>             Debtor. | **CASE NO.: 17-52967 MEH**<br><br>**CHAPTER 11**<br><br>**ORDER APPROVING STIPULATION FOR ORDER PROVIDING FOR TREATMENT OF CLAIM OF EVN INVESTMENTS, LLC**<br><br>**Judge M. Elaine Hammond** |

Upon consideration of the *Stipulation For Order Providing for Treatment of Claim of EVN Investments, LLC*, Dkt. \_\_\_, (the "Stipulation") by and between Debtor 330 Day, LLC ("Debtor"), by and through its counsel of record Charles B. Green, Esq. of CHARLES B. GREEN ATTORNEY AT LAW, and secured creditor EVN Investments, LLC ("EVN") by and through its counsel of record Stefanie T. Sharp, Esq. of ROBISON, SIMONS, SHARP & BRUST attached hereto as **Exhibit "1"** and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation is approved. The terms of this Stipulation shall be contained in any Chapter 11 Plan ("Plan") filed by Debtor in this proceeding and any order confirming any Plan shall incorporate the treatment of EVN's claim and the other provisions agreed to in the Stipulation.

**END OF ORDER**

Robison, Simons,
Sharp & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151