STEFANIE T. SHARP, ESQ.
California State Bar No.: 163726
Robison, Simons, Sharp & Brust
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7169
Email: ssharp@rbsllaw.com

*Attorneys for Allrise Financial Group, Inc., and*
*EVN Investments, LLC*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In Re:

330 DAY, LLC,

          Debtor.

**CASE NO.: 17-52967 MEH**

**CHAPTER 11**

### NOTICE OF ENTRY OF ORDER

      PLEASE TAKE NOTICE that on January 25, 2018 an Order Approving Stipulation for Order Providing for Treatment of Claim of EVN Investment, LLC, a copy of which is attached hereto.

      DATED this 29th day of January, 2018

ROBISON, SIMONS, SHARP & BRUST
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

*/s/ Stefanie T. Sharp*

By: _____
STEFANIE T. SHARP, ESQ.
*Attorneys for Allrise Financial Group, Inc.*
*and EVN Investments, LLC*

Robison, Simons,
Sharp & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

CERTIFICATE OF SERVICE

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of ROBISON, SIMONS, SHARP & BRUST, that I am over the age of 18 and not a party to the above-referenced case, and that on the date below I caused to be served a true copy of the **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION FOR ORDER PROVIDING FOR TREATMENT OF CLAIM OF EVN INVESTMENTS, LLC,** including any exhibits attached thereto, on all parties to this action by the method(s) indicated below:

 X    I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which served the following parties electronically:

Charles B. Greene on behalf of Debtor 330 Day, LLC
cbgattyecf@aol.com

Lynette C. Kelly on behalf of U.S. Trustee Office of the U.S. Trustee / SJ
lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov

Office of the U.S. Trustee / SJ
USTPRegion17.SJ.ECF@usdoj.gov

Stefanie T. Sharp on behalf of Creditor EVN INVESTMENTS, LLC
ssharp@rbsllaw.com, cobrien@rssblaw.com

Stefanie T. Sharp on behalf of Interested Party ALLRISE FINANCIAL GROUP, INC.
ssharp@rbsllaw.com, cobrien@rssblaw.com

DATED: This 29th day of January, 2018.

/s/ Christine O'Brien
CHRISTINE O'BRIEN

Robison, Simons,
Sharp & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

STEFANIE T. SHARP, ESQ.
California State Bar No.: 163726
Robison, Simons, Sharp & Brust
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7169
Email:      ssharp@rbsllaw.com

The following constitutes
the order of the court. Signed January 25, 2018

*M. Elaine Hammond*

M. Elaine Hammond
U.S. Bankruptcy Judge

*Attorneys for Allrise Financial Group, Inc. and EVN Investments, LLC*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In Re:

330 DAY, LLC,

                 Debtor.

CASE NO.:   17-52967 MEH

CHAPTER 11

**ORDER APPROVING STIPULATION FOR ORDER PROVIDING FOR TREATMENT OF CLAIM OF EVN INVESTMENTS, LLC**

**Judge M. Elaine Hammond**

Upon consideration of the *Stipulation For Order Providing for Treatment of Claim of EVN Investments, LLC*, Dkt. 22, (the "Stipulation") by and between Debtor 330 Day, LLC ("Debtor"), by and through its counsel of record Charles B. Green, Esq. of CHARLES B. GREEN ATTORNEY AT LAW, and secured creditor EVN Investments, LLC ("EVN") by and through its counsel of record Stefanie T. Sharp, Esq. of ROBISON, SIMONS, SHARP & BRUST, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation is approved.   The terms of this Stipulation shall be contained in any Chapter 11 Plan ("Plan") filed by Debtor in this proceeding and any order confirming any Plan shall incorporate the treatment of EVN's claim and the other provisions agreed to in the Stipulation.

**\*\*END OF ORDER\*\***

Robison, Simons,
Sharp & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

## COURT SERVICE LIST

ECF Participants