STEFANIE T. SHARP, ESQ.
California State Bar No.: 163726
Robison, Sharp, Sullivan & Brust
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7169
Email: ssharp@rssblaw.com

*Attorneys for Allrise Financial Group, Inc., and*
*EVN Investments, LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In Re: | **CASE NO.: 17-52967 MEH** |
| 330 DAY, LLC, | **CHAPTER 11** |
|         Debtor. | <u>**NOTICE OF CHANGE OF FIRM NAME**</u> |
| | **Judge M. Elaine Hammond** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law firm of "Robison, Simons, Sharp & Brust, a Professional Corporation" has changed its firm name to "Robison, Sharp, Sullivan & Brust, Ltd." effective January 25, 2018. The address, telephone and facsimile numbers and counsel's email address have not changed. Please update your records to reflect this change.

DATED this 17th day of April, 2018.

ROBISON, SHARP, SULLIVAN & BRUST
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

By: */s/ Stefanie T. Sharp*        

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

CERTIFICATE OF SERVICE

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, that I am over the age of 18 and not a party to the above-referenced case, and that on the date below I caused to be served a true copy of the **NOTICE OF CHANGE OF FIRM NAME**, on all parties to this action by the method(s) indicated below:

 X  I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which served the following parties electronically:

Charles B. Greene on behalf of Debtor 330 Day, LLC
cbgattyecf@aol.com

Lynette C. Kelly on behalf of U.S. Trustee Office of the U.S. Trustee / SJ
lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov

Office of the U.S. Trustee / SJ
USTPRegion17.SJ.ECF@usdoj.gov

Stefanie T. Sharp on behalf of Creditor EVN INVESTMENTS, LLC
ssharp@rbsllaw.com, cobrien@rssblaw.com

Stefanie T. Sharp on behalf of Interested Party ALLRISE FINANCIAL GROUP, INC.
ssharp@rbsllaw.com, cobrien@rssblaw.com

DATED: This 17th day of April, 2018.


/s/ Christine O'Brien
CHRISTINE O'BRIEN

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151