STEFANIE T. SHARP, ESQ.
California State Bar No.: 163726
Robison, Sharp, Sullivan & Brust
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7169
Email: ssharp@rssblaw.com

*Attorneys for Allrise Financial Group, Inc. and EVN Investments, LLC*

The following constitutes
the order of the court. Signed April 26, 2018

M. Elaine Hammond
_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In Re:

330 DAY, LLC,

           Debtor.

CASE NO.:    17-52967 MEH

CHAPTER 11

**ORDER APPROVING AMENDED STIPULATION FOR ORDER PROVIDING FOR TREATMENT OF CLAIM OF EVN INVESTMENTS, LLC**

**Judge M. Elaine Hammond**

Upon consideration of the *Amended Stipulation For Order Providing for Treatment of Claim of EVN Investments, LLC*, Dkt. 29, (the "Stipulation") by and between Debtor 330 Day, LLC ("Debtor"), by and through its counsel of record Charles B. Green, Esq. of CHARLES B. GREEN ATTORNEY AT LAW, and secured creditor EVN Investments, LLC ("EVN") by and through its counsel of record Stefanie T. Sharp, Esq. of ROBISON, SIMONS, SHARP & BRUST, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation is approved. The terms of this Stipulation shall be contained in any Chapter 11 Plan ("Plan") filed by Debtor in this proceeding and any Order confirming any Plan shall incorporate the treatment of EVN's claim and the other provisions agreed to in the Stipulation.

**\*\*END OF ORDER\*\***

ECF Participants