STEFANIE T. SHARP, ESQ.
California State Bar No.: 163726
Robison, Sharp, Sullivan & Brust
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7169
Email: ssharp@rssblaw.com

*Attorneys for Allrise Financial Group, Inc., and*
*EVN Investments, LLC*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In Re:

330 DAY, LLC,

      Debtor.

**CASE NO.: 17-52967 MEH**

**CHAPTER 11**

**<u>NOTICE OF ENTRY OF ORDER</u>**

**Judge M. Elaine Hammond**

PLEASE TAKE NOTICE that the ORDER APPROVING AMENDED STIPULATION

FOR ORDER PROVIDING FOR TREATMENT OF CLAIM OF EVN INVESTMENTS, LLC was

entered by this court on the 27th day of April, 2018, a copy of which is attached hereto.

DATED this 1st day of May, 2018.

ROBISON, SHARP, SULLIVAN & BRUST
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

By: */s/ Stefanie T. Sharp*
Attorneys for Allrise Financial Group, Inc.,
and EVN Investments, LLC

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

CERTIFICATE OF SERVICE

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, that I am over the age of 18 and not a party to the above-referenced case, and that on the date below I caused to be served a true copy of the **NOTICE OF ENTRY OF ORDER**, on all parties to this action by the method(s) indicated below:

X    I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which served the following parties electronically:

Charles B. Greene on behalf of Debtor 330 Day, LLC
cbgattyecf@aol.com

Lynette C. Kelly on behalf of U.S. Trustee Office of the U.S. Trustee / SJ
lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov

Office of the U.S. Trustee / SJ
USTPRegion17.SJ.ECF@usdoj.gov

Stefanie T. Sharp on behalf of Creditor EVN INVESTMENTS, LLC
ssharp@rbsllaw.com, cobrien@rssblaw.com

Stefanie T. Sharp on behalf of Interested Party ALLRISE FINANCIAL GROUP, INC.
ssharp@rbsllaw.com, cobrien@rssblaw.com

DATED:  This 1st day of May, 2018.


*/s/ Christine O'Brien*
CHRISTINE O'BRIEN

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

STEFANIE T. SHARP, ESQ.
California State Bar No.: 163726
Robison, Sharp, Sullivan & Brust
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7169
Email: ssharp@rssblaw.com

*Attorneys for Allrise Financial Group, Inc.
and EVN Investments, LLC*

The following constitutes
the order of the court. Signed April 26, 2018

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In Re:

330 DAY, LLC,

           Debtor.

**CASE NO.: 17-52967 MEH**

**CHAPTER 11**

**ORDER APPROVING AMENDED STIPULATION FOR ORDER PROVIDING FOR TREATMENT OF CLAIM OF EVN INVESTMENTS, LLC**

**Judge M. Elaine Hammond**

Upon consideration of the *Amended Stipulation For Order Providing for Treatment of Claim of EVN Investments, LLC*, Dkt. 29, (the "Stipulation") by and between Debtor 330 Day, LLC ("Debtor"), by and through its counsel of record Charles B. Green, Esq. of CHARLES B. GREEN ATTORNEY AT LAW, and secured creditor EVN Investments, LLC ("EVN") by and through its counsel of record Stefanie T. Sharp, Esq. of ROBISON, SIMONS, SHARP & BRUST, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation is approved. The terms of this Stipulation shall be contained in any Chapter 11 Plan ("Plan") filed by Debtor in this proceeding and any Order confirming any Plan shall incorporate the treatment of EVN's claim and the other provisions agreed to in the Stipulation.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

ECF Participants